IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
AT ALBUQUERQUE
OCT 2 9 2003
ROBERT M. MARCH
CLERK

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs. CIV - 03 - 1243 LAM KBM

LOCO CREDIT UNION, GEORGE
ELIZONDO, DAVID OLSEN, CHARLES
MONTJOY, JOHN JENKINS, MICHAEL
FARLEY, KENT HOUSE and DAVID JOHNSON,

Defendants.

**NOTICE OF REMOVAL**

Defendants, LOCO Credit Union ("the Credit Union"), George Elizondo ("Elizondo"), David Olsen ("Olsen"), Charles Montjoy ("Montjoy"), John Jenkins ("(Jenkins"), Michael Farley ("Farley"), Kent House ("House") and David Johnson ("Johnson"), (collectively, "Defendants"), respectfully show the Court:

1. A civil action has been commenced and is now pending in the Seventh Judicial District Court, Sierra County, New Mexico, ("State Court") as Cause No. D-0721-CV-2003-88, where Elizabeth A. Foster and Jerry Foster are the Plaintiffs and LOCO Credit Union, Elizondo, Olsen, Montjoy, Jenkins, Farley, House and Johnson are the Defendants.

2. The suit is captioned: "Elizabeth A. Foster and Jerry Foster, Plaintiffs, v .LOCO Credit Union, George Elizondo, David Olsen, Charles Montjoy, John Jenkins, Michael Farley, Kent House and David Johnson, Defendants," and seeks damages for alleged Bankruptcy Discrimination, Retaliatory Discharge, Civil Conspiracy and Loss of Consortium.

3. Plaintiffs Elizabeth A. Foster and Jerry Foster, and Defendants George Elizondo, David Olsen, Charles Montjoy, John Jenkins, Michael Farley, Kent House and David Johnson are citizens and residents of the State of New Mexico. LOCO Credit Union is incorporated under the laws of the State of New Mexico and maintains its principal place of business in Alamogordo, New Mexico.

4. Removal is appropriate under 28 U.S.C. § 1331 because Plaintiffs' action arises under the laws of the United States. Count I of Plaintiffs' Complaint alleges unlawful retaliation in violation of the Federal Bankruptcy Code, 11 U.S.C. § 525(b). Thus, this Court has original "federal question" jurisdiction of this action under 28 U.S.C. § 1331. The Court may accept "pendent jurisdiction" of the remaining claims alleged in the Complaint under the common law of the State of New Mexico (Count II - Retaliatory Discharge, Count III - Civil Conspiracy, and Count IV - Loss of Consortium) (*See* Complaint, Exhibit 1).

5. Pursuant to 28 U.S.C. §§ 1441 and 1446, this action may be removed to this Court.

6. Copies of all process, pleadings and orders served upon Defendants, including Summonses directed to LOCO Credit Union (c/o CEO Sandi Powell), George Elizondo, David Olsen, Charles Montjoy, John Jenkins, Michael Farley, Kent House and David Johnson, Complaint, Peremptory Election to Excuse, Interrogatories, Request For Production of Documents and Certificate of Service are attached hereto as Exhibit 1 and made a part hereof.

7. Copies of the pleadings which were filed in State Court by the Plaintiff, but not served upon Defendants, including the Notice of Judge Assignment (Honorable Kevin R. Sweazea) and Summonses, with Returns of Service, are attached hereto as Exhibit 2 and made a part hereof.

8. All Defendants consent to removal of this case to federal court. (*See* Affidavits of Sandi Powell, George Elizondo, David Olsen, Charles Montjoy, John Jenkins, Michael Farley, Kent House and David Johnson, attached hereto as Exhibits 3, 4, 5, 6, 7, 8, 9, and 10).

9. Thirty (30) days have not elapsed since service upon Defendants, and this Notice is timely filed.

10. Defendants, immediately upon filing this Notice, have given written notice thereof to Plaintiff as required by 28 U.S.C. § 1446(d) and have filed a copy of said Notice with the Clerk of the Seventh Judicial District Court, County of Sierra, State of New Mexico, the Court from which this action is removed.

WHEREFORE, Defendants hereby respectfully request the Court to remove Cause No. CV-2003-88 from Seventh Judicial District Court, County of Sierra, State of New Mexico, into this Court for trial and determination.

GILKEY & STEPHENSON, P.A.

By: ______________________
Duane C. Gilkey
George C. Kraehe
Attorneys for Defendants Loco Credit Union, George Elizondo, David Olsen, Charles Montjoy, John Jenkins, Michael Farley, Kent House and David Johnson,
P.O. Drawer 25566
Albuquerque, NM 87125
(505) 242-4466
(505) 242-3145 (Fax)

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Notice of Removal has been mailed to Thomas J. McBride, Wagner, McBride, Ford & Associates, attorneys for Plaintiff, at P.O. Box 25167, Albuquerque, NM 87125-5167, on this 29TH day of October, 2003.

Duane C. Gilkey

## VERIFICATION

STATE OF NEW MEXICO )
) ss.
COUNTY OF BERNALILLO )

DUANE C. GILKEY, first being duly sworn, states upon oath that he is an attorney for Defendants Loco Credit Union, George Elizondo, David Olsen, Charles Montjoy, John Jenkins, Michael Farley, Kent House and David Johnson; that as such attorney, he has prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

Duane C. Gilkey

SUBSCRIBED AND SWORN to before me this 28TH th day of October, 2003, by Duane C. Gilkey.

Notary Public

My commission expires:

6-7-2004

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

SANDRA POWELL, first being duly sworn, states upon oath that she is the Chief Executive Officer for Defendant ~~Loeo~~ Loco?? Credit Union, one of the Defendants herein; that she has caused to be prepared the above and foregoing Notice of Removal; that she has read the same, knows the contents thereof, and that the matters and things set forth therein are true of her knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, she verily believes the same to be true.

[signature]
Sandra Powell

SUBSCRIBED AND SWORN to before me this 27th th day of October, 2003, by Sandra Powell.

[signature]
Notary Public

My commission expires:

6-7-2004

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

GEORGE ELIZONDO, first being duly sworn, states upon oath that he is the chairman of the Board of Directors of the Defendant LOCO Credit Union, and one of the individual Defendants named in this action; that he has caused to be prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

George Elizondo

SUBSCRIBED AND SWORN to before me this 27th day of October, 2003, by George Elizondo.

Notary Public

My commission expires:
6-7-2004

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

DAVID OLSEN, first being duly sworn, states upon oath that he is a member of the Board of Directors of the Defendant LOCO Credit Union, and one of the individual Defendants named in this action; that he has caused to be prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

David E. Olsen

David Olsen

SUBSCRIBED AND SWORN to before me this 27th day of October, 2003, by David Olsen.

Notary Public

My commission expires:

6-7-2004

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

CHARLES MONTJOY, first being duly sworn, states upon oath that he is a member of the Board of Directors of the Defendant LOCO Credit Union, and one of the individual Defendants named in this action; that he has caused to be prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

Charles Montjoy

Charles Montjoy

SUBSCRIBED AND SWORN to before me this 27 th day of October, 2003, by Charles Montjoy.

Notary Public

My commission expires:

6-7-2004

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

JOHN JENKINS, first being duly sworn, states upon oath that he is a former member of the Board of Directors of the Defendant LOCO Credit Union, and one of the individual Defendants named in this action; that he has caused to be prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

John Jenkins

SUBSCRIBED AND SWORN to before me this 22 th day of October, 2003, by John Jenkins.

Notary Public

My commission expires:

3-16-04

## VERIFICATION

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

MICHAEL FARLEY, first being duly sworn, states upon oath that he is a former member of the Board of Directors of the Defendant LOCO Credit Union, and one of the individual Defendants named in this action; that he has caused to be prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

Michael Farley

SUBSCRIBED AND SWORN to before me this 27 th day of October, 2003, by Michael Farley.

Notary Public

My commission expires:
6-7-2004

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

KENT HOUSE, first being duly sworn, states upon oath that he is a member of the Board of Directors of the Defendant LOCO Credit Union, and one of the individual Defendants named in this action; that he has caused to be prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

Kent House

SUBSCRIBED AND SWORN to before me this 27 th day of October, 2003, by Kent House.

Notary Public

My commission expires:
6-7-2004

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF OTERO )

DAVID JOHNSON, first being duly sworn, states upon oath that he is a member of the Board of Directors of the Defendant LOCO Credit Union, and one of the individual Defendants named in this action; that he has caused to be prepared the above and foregoing Notice of Removal; that he has read the same, knows the contents thereof, and that the matters and things set forth therein are true of his knowledge, save where the same are or must of necessity be set forth upon information and belief, and as to those allegations, he verily believes the same to be true.

David Johnson

SUBSCRIBED AND SWORN to before me this 27th day of October, 2003, by David Johnson.

Notary Public

My commission expires:
6-7-2004

NOTICE OF REMOVAL
EXHIBIT 1

COPIES OF ALL PROCESS, PLEADINGS
AND ORDERS SERVED UPON DEFENDANTS,
INCLUDING:

Part One:

a. Complaint

b. Summonses served upon LOCO Credit Union, George Elizondo, David Olsen, Charles Montjoy, John Jenkins, Michael Farley, Kent House and David Johnson

COPY

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT
FILED

SEP 2 2 2003

_______________ CLERK

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs. Cause No D-0721 CV2003-88
Judge Fitch

LOCO CREDIT UNION, GEORGE ELIZONDO, DAVID OLSEN, CHARLES MONTJOY, JOHN JENKINS, MICHAEL FARLEY, KENT HOUSE, and DAVID JOHNSON,

Defendants.

Endorsed Copy

## COMPLAINT

COMES NOW Plaintiffs, Elizabeth A. Foster and Jerry Foster, by and through their attorneys, Wagner, McBride, Ford and Associates, P.A., and for their Complaint states as follows:

### GENERAL ALLEGATIONS

1. Plaintiffs are residents of Sierra County. They are and were husband and wife at all relevant times.

2. Defendant LOCO Credit Union is a state chartered Credit Union located in Otero County. The individual Defendants were members of the Board of Directors of LOCO Credit Union at the time of the Plaintiff's discharge. On information and belief, the individual defendants are residents of Otero County.

3. The events on which this lawsuit is based took place in Otero County.

4. Jurisdiction and venue is proper in this County.

**FACTS**

5. Plaintiff was employed by Defendant LOCO Credit Union from January 20, 1990, until her termination effective November 1, 2002.

6. Plaintiff was the CEO of Defendant LOCO Credit Union from June 1, 2001 until November 1, 2002.

7. During Plaintiff's tenure as CEO, and as a direct result of her initiative and changes in the policy of Defendant LOCO Credit Union, the operations of the Credit Union improved to the point that it was anticipated that the Credit Union would become more profitable. Further, as a result of the Plaintiff's efforts and industry, the rating of the Credit Union by the auditors of the Financial Industries Division of the State of New Mexico was not lowered. As a further result of Plaintiff's efforts and industry, the audit done as of September 30, 2002, found no exceptions.

8. On October 8, 2002, Plaintiff and her husband filed bankruptcy. Plaintiff informed the chairman of the Board of Defendant of her intention to file bankruptcy on September 18, 2002, prior to the filing. Plaintiff informed the chairman of the Board of Defendant of the fact that she had filed bankruptcy when it happened on October 8, 2002.

9. On October 9, 2002, the day after a meeting of the Board, the chairman of the Board of Defendant suggested Plaintiff should resign her position as a result of Plaintiff's filing of bankruptcy. Plaintiff refused to resign.

10. On October 15, 2002, Plaintiff was given a termination letter which stated that the termination was as a result of poor performance of her job by Plaintiff. A copy of the termination letter is attached as Exhibit 1. The stated reason for the termination was false and known to be false by the chairman and members of the Board of Directors of Defendant. On information and belief, the individual members of the Board of Directors of Defendant LOCO Credit Union voted to terminate the Plaintiff. The individual members of the Board of Directors of LOCO Credit Union knew that the reasons given for Plaintiff's termination were false.

11. The real reason for Plaintiff's termination was solely because she and her husband had filed bankruptcy. That fact was stated to Plaintiff on several occasions by the chairman of the Board of Directors. The chairman of the Board and at least one other Board Member of Defendant told third parties that the reason for Plaintiff's termination was because she and her husband filed bankruptcy.

COUNT I - BANKRUPTCY DISCRIMINATION

12. By terminating Plaintiff solely because she filed bankruptcy under the Federal Bankruptcy Act, Defendants, and each of them, breached 11 U.S.C. 525 (b), which provides:

> No private employer may terminate the employment of, or discriminate with respect to employment against, an individual who is or has been a debtor under this title, a debtor or bankrupt under the Bankruptcy Act...solely because such debtor or bankrupt–
>
> (1) is or has been a debtor under this title or a debtor or bankrupt under the Bankruptcy Act....

13. In terminating Plaintiff solely because she filed bankruptcy, the Defendants, and each of them, acted in willful and wanton disregard of Plaintiff's rights under 11 U.S.C. 525 (b), and Plaintiff is entitled to both compensatory and punitive damages from each Defendant, jointly and severally, pursuant to 41-3A-1 C (1) and (4) NMSA 1978.

COUNT II - RETALIATORY DISCHARGE

14. In terminating Plaintiff, at least in part, because she filed bankruptcy under the Federal Bankruptcy Act Defendants, and each of them, discharged her because she performed an act which public policy, embodied in the Federal Bankruptcy Act, has authorized.

15. The acts of the Defendants, and each of them, constitutes the tort of retaliatory discharge.

16. In committing the tort of retaliatory discharge against Plaintiff the Defendants, and each of them, acted in willful and wanton disregard of Plaintiff's rights and Plaintiff is entitled to both compensatory and punitive damages from each Defendant, jointly and severally, pursuant to 41-3A-1 C (1) and (4) NMSA 1978.

COUNT III - CIVIL CONSPIRACY

17. The individual defendants, and each of them, committed the tort of retaliatory discharge. In doing so they acted in concert with one another to accomplish the unlawful purpose of discharging Plaintiff, at least in part, because she filed bankruptcy under the Federal Bankruptcy Act, an act which public policy has authorized.

18. In conspiring together to commit the tort of retaliatory discharge the individual Defendants, and each of them, engaged in a civil conspiracy and acted in willful and wanton disregard of Plaintiff's rights. Plaintiff is entitled to both compensatory and punitive damages from each individual Defendant, jointly and severally, pursuant to 41-3A-1 C (1) and (4).

19. Plaintiff is entitled to pre and post-judgment interest as provided by law on any damages awarded against the Defendants.

COUNT IV - LOSS OF CONSORTIUM

20. As a result of the wrongful conduct of the Defendants, and each of them, Plaintiff Jerry Foster has suffered loss of the society, companionship, comfort and consortium with his wife, Plaintiff Elizabeth A. Foster.

WHEREFORE, Plaintiffs Elizabeth A. Foster and Jerry Foster pray the Court to award compensatory and punitive damages, and pre-judgment and post-judgment interest on such damages, against each of the Defendants, in a sum to be determined at trial.

Respectfully submitted,

WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.

By: Thomas J. McBride

Thomas J. McBride
Attorney for Plaintiffs
P.O. Box 25167
Albuquerque, NM 87125-5167
(505) 242-6300

Washington Avenue PO Box 1743
Alamogordo, NM 88310

www.locacreditunion.com
505-437-3110 800-765-4130
FAX 505-437-5646

# LOCO Credit Union

October 10, 2002

Ms. Liz Foster
Loco Credit Union
PO Box 1743
Alamogordo, NM 88310

Dear Ms. Foster:

This letter will serve to inform you that the Board of Directors by unanimous vote have decided to terminate your employment as CEO of Loco Credit Union. Your employment will be effective Friday, October 18, 2002 at 5:00p.m.. The Board after much discussion determined that we were not moving in the positive direction we were hoping to achieve once you assumed the position of CEO. The Board has determined that any positive movement towards resolving past problems has been marginal at best. There are certain areas that improvement is negligible. The Credit Union under your direction still remains in a probationary status. Basically we are still in the same status as when you accepted the position. The Board feels we must move in a new direction with the hope of attaining much more positive environment for the Credit Union. We wish to Thank You and Appreciate your service as CEO and wish you the best of luck in the future.

Sincerely,

GEORGE ELIZONDO
Chairman of the Board

cc: Board Members

We Belong Together

EXHIBIT
1

TOTAL P.08

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs. Cause No. D-0721 CV2003-88
Thomas G. Fitch

LOCO CREDIT UNION, GEORGE ELIZONDO, DAVID OLSEN, CHARLES MONTJOY, JOHN JENKINS, MICHAEL FARLEY, KENT HOUSE, and DAVID JOHNSON,

Defendants.

## SUMMONS

TO: Loco Credit Union
c/o Sandi Powell
808 Washington Avenue
Alamogordo, NM 88310

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff: WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 22nd day of September, 2003

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By: Serena Roberts
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs.

Cause No. D-0721 CV2003-88
Thomas G. Fitch

LOCO CREDIT UNION, GEORGE
ELIZONDO, DAVID OLSEN, CHARLES
MONTJOY, JOHN JENKINS,
MICHAEL FARLEY, KENT HOUSE,
and DAVID JOHNSON,

Defendants.

## SUMMONS

TO: George Elizondo
Southwest Financial of Alamogordo
1200 N. White Sands Blvd., Suite 108
Alamogordo, NM

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff:

WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 24th day of September, 2003

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By: [signature]
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

# RETURN

STATE OF NEW MEXICO )
) SS
COUNTY OF BERNALILLO )

(check one box and fill in appropriate blanks)

[ ] I, being duly sworn, on oath say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the ____ day of ____________, 19____, by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check only if service by sheriff or deputy)

[X] I certify that I served the within Summons in Otero County on the 6th 9th day of October 2003 by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check one box and fill in appropriate blanks)

[X] to Defendant Mr. George Elizondo (used when Defendant receives copy of Summons or refuses to receive Summons).

[ ] to ____________________, a person over fifteen (15) years of aged and residing at the usual place of abode of Defendant ____________________, who at the time of such service was absent therefrom. Abode located at ____________________.

[ ] by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant ____________________ (used if no person found at dwelling house or usual place of abode). Abode located at ____________________.

[ ] to ____________________, an agent authorized to receive service of process for Defendant ____________________

[ ] to ____________________ (parent) (guardian) of Defendant ____________________ (used when Defendant is a minor or an incompetent person).

[ ] to ____________________ (name of person), ____________________ (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: ____________

R. G. Littlehale
Signature of person making service

____________________
Title (if any)

* Subscribed and sworn to before me this ____ day of ____________, 19___.

Judge, Notary or other Officer authorized to administer oaths:

Official Title: ____________________

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy need not be notarized.

(If service is by mail, 4-208 must be completed and mailed with this Summons.)

[As amended, effective January 1, 1987; January 1, 1990; July 1, 1990; October 1, 1991; January 1, 1993.]

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

COPY

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs.

Cause No. D-0721 CV2003 88
Thomas G. Fitch

LOCO CREDIT UNION, GEORGE ELIZONDO, DAVID OLSEN, CHARLES MONTJOY, JOHN JENKINS, MICHAEL FARLEY, KENT HOUSE, and DAVID JOHNSON,

Defendants.

## SUMMONS

TO: David Olsen
Zia Therapy Center
900 East First Street
Alamogordo, NM 88310

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff:

WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 22nd day of September, 2003

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By [signature]
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

**RETURN**

STATE OF NEW MEXICO )
) SS
COUNTY OF BERNALILLO )

(check one box and fill in appropriate blanks)

[ ] I, being duly sworn, on oath say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the ____ day of ____________, 19____, by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check only if service by sheriff or deputy)

[X] I certify that I served the within Summons in Otero County on the 2nd day of October 2003 by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check one box and fill in appropriate blanks)

[X] to Defendant Mr. David Olsen (used when Defendant receives copy of Summons or refuses to receive Summons).

[ ] to ____________________, a person over fifteen (15) years of aged and residing at the usual place of abode of Defendant ____________________, who at the time of such service was absent therefrom. Abode located at ____________________.

[ ] by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant ____________________ (used if no person found at dwelling house or usual place of abode). Abode located at ____________________.

[ ] to ____________________; an agent authorized to receive service of process for Defendant ____________________

[ ] to ____________________ (parent) (guardian) of Defendant ____________________ (used when Defendant is a minor or an incompetent person).

[ ] to ____________________ (name of person), ____________________ (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: ____________

____________________
Signature of person making service

____________________
Title (if any)

* Subscribed and sworn to before me this ______ day of ______________, 19____.

Judge, Notary or other Officer authorized to administer oaths:

____________________
Official Title: ____________________

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy need not be notarized.

(If service is by mail, 4-208 must be completed and mailed with this Summons.)

[As amended, effective January 1, 1987; January 1, 1990; July 1, 1990; October 1, 1991; January 1, 1993.]

7:05 PM

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs.

Cause No. D-0721 CV2003-88
Judge Fitch

LOCO CREDIT UNION, GEORGE ELIZONDO, DAVID OLSEN, CHARLES MONTJOY, JOHN JENKINS, MICHAEL FARLEY, KENT HOUSE, and DAVID JOHNSON,

Defendants.

## SUMMONS

TO: Charles Montjoy
1816 College
Alamogordo, NM 88310

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff:

WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 25th day of September, 2003

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By: Serena Zellers
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

RETURN

STATE OF NEW MEXICO )
) SS
COUNTY OF BERNALILLO )

(check one box and fill in appropriate blanks)

[ ] I, being duly sworn, on oath say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the ____ day of ____________, 19____, by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check only if service by sheriff or deputy)

[X] I certify that I served the within Summons in Otero County on the 8th day of October 2003 by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check one box and fill in appropriate blanks)

[X] to Defendant Mr. Charles Montjoy (used when Defendant receives copy of Summons or refuses to receive Summons).

[ ] to ____________________, a person over fifteen (15) years of aged and residing at the usual place of abode of Defendant ____________________, who at the time of such service was absent therefrom. Abode located at ____________________.

[ ] by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant ____________________ (used if no person found at dwelling house or usual place of abode). Abode located at ____________________.

[ ] to ____________________, an agent authorized to receive service of process for Defendant ____________________

[ ] to ____________________ (parent) (guardian) of Defendant ____________________ (used when Defendant is a minor or an incompetent person).

[ ] to ____________________ (name of person), ____________________ (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: ____________

R.G. Littlehale
Signature of person making service

____________________
Title (if any)

* Subscribed and sworn to before me this ______ day of ____________, 19____.

Judge, Notary or other Officer authorized to administer oaths:

Official Title: ____________________

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy need not be notarized.

(If service is by mail, 4-208 must be completed and mailed with this Summons.)

[As amended, effective January 1, 1987; January 1, 1990; July 1, 1990; October 1, 1991; January 1, 1993.]

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs. Cause No. D-0721 CV2003-88
Thomas G. Fitch

LOCO CREDIT UNION, GEORGE ELIZONDO, DAVID OLSEN, CHARLES MONTJOY, JOHN JENKINS, MICHAEL FARLEY, KENT HOUSE, and DAVID JOHNSON,

Defendants.

## SUMMONS

TO: John Jenkins
Alamogordo High School
103 Cuba Avenue
Alamogordo, NM 88310

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff: WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 22nd day of September, 2003

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By: [signature]
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

RETURN

STATE OF NEW MEXICO )
) SS
COUNTY OF BERNALILLO )

(check one box and fill in appropriate blanks)

[ ] I, being duly sworn, on oath say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the ____ day of ____________, 19____, by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check only if service by sheriff or deputy)

[X] I certify that I served the within Summons in Otero County on the 2nd day of October 2003 by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check one box and fill in appropriate blanks)

[X] to Defendant Mr John Jenkins (used when Defendant receives copy of Summons or refuses to receive Summons).

[ ] to ____________________, a person over fifteen (15) years of aged and residing at the usual place of abode of Defendant ____________________, who at the time of such service was absent therefrom. Abode located at ____________________.

[ ] by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant ____________________ (used if no person found at dwelling house or usual place of abode). Abode located at ____________________.

[ ] to ____________________, an agent authorized to receive service of process for Defendant ____________________

[ ] to ____________________ (parent) (guardian) of Defendant ____________________ (used when Defendant is a minor or an incompetent person).

[ ] to ____________________ (name of person), ____________________ (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: ____________

R.C. Littlehale
Signature of person making service

____________________
Title (if any)

* Subscribed and sworn to before me this ______ day of ____________, 19____.

Judge, Notary or other Officer authorized to administer oaths:

____________________
Official Title: ____________________

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy need not be notarized.

(If service is by mail, 4-208 must be completed and mailed with this Summons.)

[As amended, effective January 1, 1987; January 1, 1990; July 1, 1990; October 1, 1991; January 1, 1993.]

COPY

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs.

Cause No. D-0721 CV2003-88
Thomas G. Fitch

LOCO CREDIT UNION, GEORGE ELIZONDO, DAVID OLSEN, CHARLES MONTJOY, JOHN JENKINS, MICHAEL FARLEY, KENT HOUSE, and DAVID JOHNSON,

Defendants.

## SUMMONS

TO: Michael Farley
MountainView Middle School
500-A South Canyon Road
Alamogordo, NM 88310

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff:

WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 29 day of September, 2003

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By: Serena Roberts
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

# RETURN

STATE OF NEW MEXICO )
) SS
COUNTY OF BERNALILLO )

(check one box and fill in appropriate blanks)

[ ] I, being duly sworn, on oath say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the ____ day of ____________, 19____, by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check only if service by sheriff or deputy)

[ ] I certify that I served the within Summons in ____________ County on the ____ day of ____________ 19____, by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check one box and fill in appropriate blanks)

[ ] to Defendant ______________________ (used when Defendant receives copy of Summons or refuses to receive Summons).

[ ] to ______________________, a person over fifteen (15) years of aged and residing at the usual place of abode of Defendant ______________________, who at the time of such service was absent therefrom. Abode located at ______________________.

[ ] by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant ______________________ (used if no person found at dwelling house or usual place of abode). Abode located at ______________________.

[ ] to ______________________, an agent authorized to receive service of process for Defendant ______________________

[ ] to ______________________ (parent) (guardian) of Defendant ______________________ (used when Defendant is a minor or an incompetent person).

[ ] to ______________________ (name of person), ______________________ (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

**Fees:** ______________

______________________
Signature of person making service

______________________
Title (if any)

* Subscribed and sworn to before me this ______ day of ______________, 19____.

Judge, Notary or other Officer authorized to administer oaths:

______________________
Official Title: ______________________

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy need not be notarized.

(If service is by mail, 4-208 must be completed and mailed with this Summons.)

[As amended, effective January 1, 1987; January 1, 1990; July 1, 1990; October 1, 1991; January 1, 1993.]

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

ELIZABETH A. FOSTER and
JERRY FOSTER,

Plaintiffs,

vs. Cause No. D-0721 CV2003-88
Thomas G. Fitch

LOCO CREDIT UNION, GEORGE
ELIZONDO, DAVID OLSEN, CHARLES
MONTJOY, JOHN JENKINS,
MICHAEL FARLEY, KENT HOUSE,
and DAVID JOHNSON,

Defendants.

## SUMMONS

TO: Kent House
Hamilton O'Dell Funeral Home
1334 N. Scenic Drive
Alamogordo, NM 88310

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff: WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 22nd day of September, 2003.

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By: [signature]
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

**STATE OF NEW MEXICO**
**COUNTY OF SIERRA**
**SEVENTH JUDICIAL DISTRICT COURT**

**ELIZABETH A. FOSTER and**
**JERRY FOSTER,**

**Plaintiffs,**

**vs.** **Cause No.** D-0721CV2003-88
Thomas G. Fitch

**LOCO CREDIT UNION, GEORGE ELIZONDO, DAVID OLSEN, CHARLES MONTJOY, JOHN JENKINS, MICHAEL FARLEY, KENT HOUSE, and DAVID JOHNSON,**

**Defendants.**

## SUMMONS

TO: David Johnson
North Elementary School
1300 North Florida
Alamogordo, NM 88310

DEFENDANT(S), GREETINGS:

You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.

You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys for Plaintiff: WAGNER, McBRIDE, FORD & ASSOCIATES, P.A.
(Thomas J. McBride)
200 Lomas Blvd. NW, Suite 850
P.O. Box 25167
Albuquerque, N.M. 87125-5167
Telephone: (505) 242-6300

WITNESS the Honorable Thomas G. Fitch, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 22 day of September, 2003

KATHY P. McCLEAN, CLERK
SEVENTH JUDICIAL DISTRICT COURT

(S E A L)

By [signature]
Deputy

NOTE: This Summons does not require you to see, telephone or write to the District Judge of the Court at this time.

It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you.

**RETURN**

STATE OF NEW MEXICO )
) SS
COUNTY OF BERNALILLO )

(check one box and fill in appropriate blanks)

[ ] I, being duly sworn, on oath say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the ____ day of ____________, 19____, by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check only if service by sheriff or deputy)

[X] I certify that I served the within Summons in Otero County on the 2nd day of October 2003 by delivering a copy thereof, with copy of Complaint attached, and a form for Answer, in the following manner:

(check one box and fill in appropriate blanks)

[X] to Defendant Mr. David Johnson (used when Defendant receives copy of Summons or refuses to receive Summons).

[ ] to ____________________, a person over fifteen (15) years of aged and residing at the usual place of abode of Defendant ____________________, who at the time of such service was absent therefrom. Abode located at ____________________.

[ ] by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant ____________________ (used if no person found at dwelling house or usual place of abode). Abode located at ____________________.

[ ] to ____________________, an agent authorized to receive service of process for Defendant ____________________

[ ] to ____________________ (parent) (guardian) of Defendant ____________________ (used when Defendant is a minor or an incompetent person).

[ ] to ____________________ (name of person), ____________________ (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: ______________

R.A. Fitthale
Signature of person making service

______________________
Title (if any)

* Subscribed and sworn to before me this ______ day of ______________, 19____.

Judge, Notary or other Officer authorized to administer oaths:

Official Title: ______________________

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy need not be notarized.

(If service is by mail, 4-208 must be completed and mailed with this Summons.)

[As amended, effective January 1, 1987; January 1, 1990; July 1, 1990; October 1, 1991; January 1, 1993.]

**THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE...**